**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frank S. Roque, | ) No. 08-CV-2154-PHX-PGR (MEA) |
| Petitioner, | ) |
| v. | ) |
| | ) **ORDER** |
| Charles L. Ryan, et. al., | ) |
| Respondents. | ) |

Currently before the Court is Petitioner Roque's Emergency Notice of Objection to Magistrate Judge Aspey's Ruling and Notice of Request to Replace Magistrate Judge Aspey. (Doc. 48.) In the event that a petitioner does not agree with the decision of the Court, replacement of the Judge is not the proper method with which to proceed. Rather, the petitioner may file a notice of objection stating the basis for petitioner's objection and supporting legal authority for said objections. Accordingly,

IT IS HEREBY ORDERED DENYING Petitioner Roque's Emergency Notice of Objection to Magistrate Judge Aspey's Ruling and Notice of Request to Replace Magistrate Judge Aspey. (Doc. 48.)

DATED this 15th day of December, 2009.

Paul G. Rosenblatt
United States District Judge